

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER

Appellate case name:      Stage Stores, Inc. v. Jon Gunnerson

Appellate case number:    01-13-00708-CV

Trial court case number:  2013-21878

Trial court:              61st District Court of Harris County

      William M. Corrigan's motion to appear pro hac vice is granted.


Judge's signature: /s/ Laura C. Higley
                Acting individually


Date: November 13, 2014